UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| REGINA WILBURN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:24-cv-00122-JPH-MKK |
| WABASH VALLEY CORRECTIONAL FACILITY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER DISMISSING ACTION AND
DIRECTING ENTRY OF FINAL JUDGMENT**

The Court's screening order dismissed the operative complaint pursuant to 28 U.S.C. § 1915A. Dkt. 14. The plaintiff was given a period of time in which to file an amended complaint that would cure the deficiencies identified in the Court's order. *Id.* at 4. The Court also warned the plaintiff that "[i]f no amended complaint is filed, this action will be dismissed without further notice or opportunity to show cause." *Id.* at 5.

The plaintiff has failed to amend her complaint, despite being afforded nearly four months to do so. *See* dkts. 14, 16, 19. For the reasons stated in the Court's screening order, the plaintiff's allegations are insufficient to state a claim. *Id.* at 2–4. Therefore, this action is **dismissed with prejudice for failure to state a claim upon which relief can be granted**. 28 U.S.C. § 1915A; *see also Childress v. Walker*, 787 F.3d 433, 441 (7th Cir. 2015); *Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011). Final judgment shall now issue.

**SO ORDERED.**

Date: 11/12/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

REGINA WILBURN
4001 Deodar St.
East Chicago, IN 46312